**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re LARRY GARON,

    Debtor,
_____/

LARRY GARON,

    Plaintiff,

v.

Case No. 09-14976
Bank. Case No. 09-73516
Adv. Pro. No. 09-6786

GREG ORLEY, et al.,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW REFERENCE**

On December 23, 2009, Defendants filed a "Motion to Withdraw the Reference" pursuant to 28 U.S.C. 157(d) and (e) and Rule 5011 of the Federal Rules of Bankruptcy Procedure. Having reviewed the motion, and after discussing the matter with the parties, the court is persuaded that a withdrawal is warranted. The parties have not consented to allow the bankruptcy judge conduct the jury trial under 28 U.S.C. § 157(e). This court must therefore conduct the jury trial. *In re Baker & Getty Financial Services, Inc.,* 954 F.2d 1169, 1173 (6th Cir. 1992). Moreover, Plaintiff does not oppose Defendant's "Motion to Withdraw the Reference." (Pl.'s Resp. at 2.) Accordingly,

IT IS ORDERED that Defendants' "Motion to Withdraw Reference" [Dkt. # 1] is GRANTED and the reference to bankruptcy court is WITHDRAWN.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: February 22, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 22, 2010, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522